UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
MARIO CAGGIANO,

                               Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION ET AL.,

                               Defendants.

-------------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

22-cv-03853 (RPK) (TAM)

       **SAMANTHA WILLIAMSON**, being duly sworn, hereby attests, subject to the penalties of perjury that on October 4, 2022, has served a true and correct copy or the foregoing **LETTER FOR AN EXTENSION OF TIME, NOTICE OF APPEARANCE FILED 9/29/2022 & INDIVIDUAL PRACTICE RULES OF JUDGE RACHEL P. KOVNER** upon:

                  Mario Caggiano
                  Plaintiff *Pro-Se*
                  1384 82nd Street
                  Brooklyn, New York 11228

By depositing a copy of the same, enclosed in a first class postpaid properly addressed wrapper, deposited in a mailbox, under the exclusive care and custody of the United States Post Office, within the State of New York.

                                                                                Samantha Williamson, Paralegal

Sworn to before me this October 5, 2022

Notary Public

MARY A. SCHNEIDER
Notary Public, State of New York
Registration No. 01SC6280761
County of Queens
My Commission Expires May 13, 20 25