UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MARIO CAGGIANO,

                                         Plaintiff,    **NOTICE OF MOTION TO DISMISS THE COMPLAINT**

             -against-

                                          No.  22-CV-03853 (RPK) (TAM)

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.

                                         Defendants.
------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Assistant Corporation Counsel Karen K. Rhau, dated November 3, 2022, the Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, dated November 3, 2022, and upon all the papers and proceedings previously had herein, Defendants will move this Court at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, before the Honorable Rachel P. Kovner, United States District Judge, on a date and time to be determined by the Court, for a judgment, pursuant to Federal Rule of Civil Procedure 12(b), dismissing on the following grounds: (1) Plaintiff's SHRL and CHRL claims against the Defendant BOE should be dismissed for Plaintiff's failure to file a notice of claim; (2) Plaintiff's claims under the SHRL and CHRL are time-barred, in part; (3) Plaintiff's SHRL and CHRL claims are barred by the election of remedies doctrine; (4) Plaintiff has failed to attribute any discriminatory actions to Defendant Rabinowitz; (5) Plaintiff has failed to state a plausible claim under 42 U.S.C. § 1983; (6) Plaintiff has failed to plead a First Amendment retaliation claim; (7) all claims asserted against the individual defendants in their individual capacities must be dismissed on the basis of qualified immunity; and (8) Plaintiff has failed to state a plausible claim under the SHRL and the CHRL for a hostile work environment.

2

**PLEASE TAKE FURTHER NOTICE** that Defendants request that the Court stay all discovery in this action pending a decision on Defendants' motion.

Date:   New York, New York
        November 3, 2022

                                    HON. SYLVIA O. HINDS-RADIX
                                    Corporation Counsel of the
                                      City of New York
                                    Attorney for Defendants
                                    100 Church Street, Room 2-146
                                    New York, New York 10007
                                    (212) 356-2475
                                    krhau@law.nyc.gov

                            By:     */s/ Karen K. Rhau*
                                    Karen K. Rhau
                                    Assistant Corporation Counsel

TO:   Mario Caggiano (By Overnight Mail and E-mail)
      *Pro Se* Plaintiff
      1384 82nd Street
      Brooklyn, NY 11228
      (917) 854-0698
      mariocag303@yahoo.com

2

No. 22 CV 03853 (RPK)(TAM)

| UNITED STATES DISTRICT COURT |
| EASTERN DISTRICT OF NEW YORK |

MARIO CAGGIANO,

                                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, ET AL.

                              Defendants.

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

*HON. SYLVIA O. HINDS-RADIX*
*Corporation Counsel of the City of New York*
    *Attorney for Defendants*
    *100 Church Street*
    *New York, N.Y.  10007*

    *Of Counsel:  Karen K. Rhau*
    *Tel:  (212) 356-2475*
    *Matter No.:  2022-056196*

*Due and timely service is hereby admitted.*

*New York, N.Y......................................................, 2022*

*................................................................................. Esq.*

*Attorney for........................................................................*