November 9, 2022

Mario Caggiano
Plaintiff Pro Se
1384 82nd Street
Brooklyn, NY 11228



Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    Caggiano v. New York City Department of Education et al
               22-cv-03853-RPK-TAM
               Request for an Extension to Respond to Defendants' Motion to Dismiss
               the Complaint

Dear Judge Kovner:

      I am writing to request an extension of time to respond to Defendants' motion to dismiss in the above-referenced case. I would respectfully ask until January 13, 2023, to respond to the motion, with Defendants' response due January 27, 2023.

      I spoke with opposing counsel Karen K. Rhau, and she has agreed with these revised proposed dates.

      Thank you very much for your consideration of my request for an extension.

                                                     Respectfully submitted,

                                                     Mario Caggiano

      C:    Karen Rhau
           New York City Law Department
           Labor & Employment Law Division
           100 Church Street, Room 2-300
           New York, NY 10007
           Email: krhau@law.nyc.gov