

December 21, 2022

Mario Caggiano
Plaintiff Pro Se
1384 82nd Street
Brooklyn, NY 11228

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        RE:    Caggiano v. New York City Department of Education et al
                 22-cv-03853-RPK-TAM
                 Request for an Extension to Respond to Defendants' Motion to Dismiss the Complaint

Dear Judge Kovner:

    I am writing to request an extension of time to respond to Defendants' motion to dismiss in the above-referenced case. I would respectfully ask until February 27, 2023, to respond to the motion, with Defendants' response due March 29, 2023.

    I spoke with opposing counsel Karen K. Rhau, and she has agreed with these revised proposed dates.

    Thank you very much for your consideration of my request for an extension.

                                                                Respectfully submitted,

                                                               Mario Caggiano

Karen Rhau

New York City Law Department

    Labor & Employment Law Division
    100 Church Street, Room 2-300
    New York, NY 10007
    Email: krhau@law.nyc.gov