UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIO CAGGIANO,

                    Plaintiff                     22-CV-03853 (RPK)(TAM)

    v.                                         **Notice of Voluntary Dismissal**
                                                             **Without Prejudice**

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

                    Defendants.
-------------------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that Plaintiff Mario Caggiano pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure is voluntarily dismissing this action without prejudice.

Dated: New York, New York
         July 21, 2023

                                                               STEWART LEE KARLIN
                                                               LAW GROUP, P.C.

                                                               _____
                                                               DANIEL EDWARD DUGAN, ESQ.
                                                               *Attorney for Plaintiff*
                                                               111 John St., 22nd Floor
                                                               New York, NY 10038
                                                               (212) 792-9670
                                                               Dan@stewartkarlin.com

To:     Via ECF
           Karen Rhau, NYC Law Department
           *Attorney for Defendants*